# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2024

## NO. 03-22-00441-CV

**Kenneth Eddens, Appellant**

**v.**

**Melissa Nunan, Amanda Joyce Williams &
The Williams-Nunan Revocable Living Trust, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the final judgment signed by the trial court on June 28, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.